**Opinion issued July 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00504-CV

_____

## IN RE R WAYNE JOHNSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator R Wayne Johnson seeks a writ of mandamus to compel the respondents the Harris County Clerk and the County Court at Law No. 3 to vacate an order dismissing his underlying suit.[1]

This Court's mandamus jurisdiction is governed by the Government Code. *See* TEX. GOV'T CODE § 22.221.  A court of appeals may issue writs of mandamus

---

[1] The underlying case is *R Wayne Johnson v. Lee Rosenthal; Keith Ellison; Lynn Hughes*, cause number 22-CCV-071029, pending in the County Court at Law No. 3 of Fort Bend, County, Texas, the Honorable Juli Mathew presiding.

against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. *Id*. § 22.221(b), (c). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a).

The county clerk is not specified in section 22.221. Moreover, relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce our appellate jurisdiction. *See id*. § 22.221(a). Accordingly, to the extent that relator seeks relief against the county clerk, we lack jurisdiction to issue a writ of mandamus against this respondent. *See In re Johnson*, No. 01-06-00805-CV, 2007 WL 2963685, at *1 (Tex. App.—Houston [1st Dist.] Oct. 11, 2007, orig. proceeding) (mem. op.). We therefore dismiss this portion of relator's petition for lack of jurisdiction. To the extent that relator seeks relief against the County Court at Law No. 3, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.